UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUKE "UKE" LAJQI,

    Plaintiff,

v.                             Case No.:  2:23-cv-1212-JLB-KCD

THOMAS PEPE,

    Defendant.
_____/

## ORDER

The parties cannot agree on a mediator. (Doc. 45.) That's because Defendant Thomas Pepe, who is proceeding without a lawyer, wants the Court to conclude that there is evidence of fraud on the Court as outlined in a document he filed titled, "Case Filing Discrepancies Identified: Due Diligence Requested." (Doc. 41.) Defendant says that mediation will be unnecessary if the Court finds fraud. (Doc. 49.) But these purported discrepancies (even if true) wouldn't cause the Court to dismiss this case on its current procedural posture. Defendant must present his arguments in a motion that includes "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a). The "Case Filing Discrepancies" document satisfies none of these requirements.

Selecting a mediator is a routine matter that occurs in nearly all civil cases filed in this Court. There is no reason to deviate from the norm here and delay the selection of a mediator. The Court thus selects Berk Edwards to serve as the mediator. Plaintiff's counsel is directed to notify Mr. Edrwards and coordinate mediation.

**ORDERED** in Fort Myers, Florida on April 24, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2