UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUKE LAJQI,

    Plaintiff,

v.                                Case No.:   2:23-cv-1212-JLB-KCD

THOMAS PEPE,

    Defendant.
_____/

## ORDER

A docket review shows several improper filings from pro se Defendant Thomas Pepe, some of which are discovery materials. *See* Fed. R. Civ. P. 5(d)(1)(A); Middle District Discovery Handbook (2021) at Section I.C.1. (Docs. 41, 54, 58, 62, 75.) There are also dozens of state court filings that seemingly have no connection to any pending motion before the Court. These filings are also improper. *See* Docs. 8, 9, 10, 18, 19, 22, 33, 34, 44, 53, 55, 59, 60, 61, 63, 64, 65, 66, 67, 68, 71, 72, 74, 77. Thus, the Clerk is directed to **strike** the above docket entries.

**ORDERED** in Fort Myers, Florida on November 22, 2024.

                                                          Kyle C. Dudek
                                                          United States Magistrate Judge

Copies:  All Parties of Record