UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUKE LAJQI,

      Plaintiff,

      v.

THOMAS PEPE,

      Defendant,
_____/

Case No. 2:23-cv-1212-JLB-KCD

## ORDER

Before the Court are several motions from Defendant Thomas Pepe. First, he asks "that this Court refer this matter for criminal investigation due to acts of fraud, perjury, and conspiracy committed by the Plaintiff and associated parties." (Doc. 88.) Second, he moves the Court to designate him a "Federal Whistleblower." (Doc. 89.) And finally, he moves the Court to take judicial notice of a declaration he prepared. (Doc. 93.)

All three motions are **DENIED** because Defendant offers no substantive argument for the relief sought. A motion "must include—in a single document no longer than twenty-five pages inclusive of all parts—a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a). That aside, Defendant's requests are objectively frivolous. The Court does not, for instance, refer matters for criminal prosecution—another branch of government is

responsible for such matters. *See, e.g.*, *Smith v. United States*, 375 F.2d 243, 247 (5th Cir. 1967) ("The discretion of the Attorney General in choosing whether to prosecute or not to prosecute, or to abandon a prosecution already started, is absolute.").

**ORDERED** in Fort Myers, Florida on July 17, 2025.

Kyle C. Dudek
United States Magistrate Judge