UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUKE LAJQI,

    Plaintiff,

v.                                  Case No. 2:23-cv-01212-JLB-KCD

THOMAS PEPE,

    Defendant.
_____/

# ORDER

Before the Court is Plaintiff's request to strike several motions and filings from Defendant. Alternatively, Plaintiff seeks leave to dismiss this action under Rule 41. (Doc. 96.) The Court has denied all of Defendant's pending motions except for his request for summary judgment (Docs. 86, 87), which will remain standing for now. Plaintiff can raise any objections to the summary judgment motion in his response (should one be necessary). Thus, the motion to strike is **DENIED**. The Court **GRANTS** the alternative relief. Plaintiff may file a Fed. R. Civ. P. 41(a)(2) dismissal by **July 24, 2025**.

Also before the Court is Defendant's Emergency Motion to Halt Abuse, Request Ruling, and Defend Deceased (Doc. 104), which is **DENIED** because he offers no substantive argument for the relief sought. A motion "must include—in a single document no longer than twenty-five pages inclusive of all parts—a concise statement of the precise relief requested, a statement of

the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a).

**ORDERED** in Fort Myers, Florida on July 18, 2025.

Kyle C. Dudek
United States Magistrate Judge